**United States District Court**
**Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| ERIC BEVERLY, individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased, | |
| Plaintiff, | No. 1:12-cv-07234 |
| v. | Assigned Judge: John R. Blakey |
| THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; NICOLE SZEWCZAK; ATHIHALLI NAGARAJ; EMERGENCY MEDICAL SPECIALISTS, S.C., an Illinois Corporation; and MARIO ROLDAN, | Designated Magistrate Judge: Sidney I. Schenkier |
| Defendants. | |

# Plaintiff's Witness List – 6a

**Plaintiff Will Call List**

| Name | Description | United States Objection | Hospital Objection |
|---|---|---|---|
| Eric Beverly (live) | Husband and father – present in hospital and damages. | | |
| Taylor Beverly (13) (live) | Daughter and sister – injuries and damages | | |
| Amina Martin (live) | Daughter and sister – injuries and damages | | |
| Tara Martin (live) | Daughter and sister – injuries and damages | | |
| Ariel Patterson (live) | Daughter and sister – injuries and damages | | |
| Tatiana Patterson (live) | Daughter and sister – injuries and damages | | |
| Ashley Welsh (live) | Daughter and sister – injuries and damages | | |
| Latara McClain (live) | Friend of decedent – spoke with plaintiff while in hospital and damages. | | |
| Terri Hemmert (live or deposition) | Friend of decedent – damages | Possible objection to portions designated | |
| Dr. Ramon Barajas (live) | Defendant – care and treatment of plaintiffs | | |

| Name | Description | United States Objection | Hospital Objection |
|---|---|---|---|
| Nicole Szewczak, RN (live) | Defendant – care and treatment of plaintiffs | | |
| Dr. Athihalli Nagaraj (deposition) | Emergency Room Physician who admitted Plaintiff at Norwegian American Hospital | Possible objection to portions designated | |
| Helen Box, MD (live) | Care and treatment of plaintiffs at NAH | | |
| Alejandro Rarang, MD (live) | Care and treatment of plaintiffs at NAH | | |
| Mario Roldan, MD (live) | Care and treatment of plaintiffs at NAH | | |
| Grace Rausa, RN (live) | Care and treatment of plaintiff at NAH | | Witness not identified in Plaintiff's Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) |
| Padeep George, RT (live) | Care and treatment of plaintiff at NAH | | |
| **Plaintiffs' Experts** | | | |
| William Ozga, RT (live) | Expert Respiratory therapist | | |
| Robert Stephens, MD (live) | Expert in pulmonology and critical care | | |
| Michele Vicari Christensen, RN (live) | Expert Registered Nurse | | |

| Name | Description | United States Objection | Hospital Objection |
|---|---|---|---|
| Afshan Hameed, MD (live) | Expert Obstetrician | | |

**Plaintiff May Call**

| Name | Description | United States Objection | Hospital Objection |
|---|---|---|---|
| Fred Duboe, MD | NAH Expert Obstetrician | Objection | |
| Jeremiah Franklin | Brother of decedent – hospital course and damages | | |
| Tawanna Bilbro | Sister of decedent – hospital course and damages | | |
| Terrence Harper, MD | Pathologist | | |
| Edna Beverly | Mother-in-law of Lashon Bilbro-Beverly and paternal grandmother of Jordan Bilbro-Beverly | | |