UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC BEVERLY, Individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased, | ) ) ) ) ) ) ) |
| Plaintiff, | ) ) |
| v. | ) ) |
| THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; NICOLE SZEWCZAK; and MARIO ROLDAN, | ) ) ) ) ) No. 12 C 7234 |
| Defendants, | ) Judge Blakey |
| and | ) ) |
| THE UNITED STATES OF AMERICA, | ) ) |
| Crossclaim / Third-Party Plaintiff, | ) ) |
| v. | ) ) |
| NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; and NICOLE SZEWCZAK | ) ) ) ) |
| Third-Party Defendants. | ) |

**United States Witness List – 6b**

## United States Will Call List

| Name | Description | Plaintiff Objection | Hospital Objection |
|---|---|---|---|
| Dr. Ramon Barajas (live) | Care and treatment of Ms. Bilbro | | |
| Pradeep George, RT (live) | Care and treatment of Ms. Bilbro at NAH | | |

| Name | Description | Plaintiff Objection | Hospital Objection |
|---|---|---|---|
| Alejandro Rarang, MD (live) | Care and treatment of Ms. Bilbro at NAH | | |
| Nicole Szewczak, RN (live) | Defendant – care and treatment of Ms. Bilbro | | |
| Stephanie Martin, MD (live) | Expert Obstetrician – Causation | | See NAH's MIL |
| Kenneth Nunes, MD (live) | Expert Obstetrician – Standard of Care and Causation | See Plaintiff MIL 14 | See NAH's MIL |

### United States May Call

| Name | Description | Plaintiff Objection | Hospital objection |
|---|---|---|---|
| Nida Blankas-Hernaez, MD (live) | Care and treatment of Ms. Bilbro at NAH | | |
| Helen Box, MD (live) | Care and treatment of Ms. Bilbro at NAH | | |
| Rafael Campanini, MD (live) | Pathologist at NAH | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) |
| Olivia Cruz, RN (live) | Nurse at NAH – (7a.m. to 7 p.m. on 2/27) | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) |
| Whitney Evans, CNA (live) | Nursing assistant at NAH | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) |

| Name | Description | Plaintiff Objection | Hospital objection |
| --- | --- | --- | --- |
| LeticiaGarcia RN (live) | ICU Code blue and rapid response teams at NAH. (7p.m. to 7 a.m.) | | |
| Terence Harper, MD (live) | Pathologist who performed autopsy | | |
| Terri Hemmert (live or deposition) | Friend of Ms. Bilbro | | |
| Nester Jaojoco, CNA (live) | Nursing assistant at NAH | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) |
| Tawanda Mitchell, CNA (live) | Nursing assistant at NAH | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) |
| Dr. Athihalli Nagaraj (deposition) | Emergency Room Physician who admitted Ms. Bilbro at Norwegian American Hospital | | |
| Darcy Pero, RT (live) | Respiratory therapist at NAH | | Testimony to be designated |
| Grace Rausa, RN (live) | Care and treatment of Ms. Bilbro at NAH | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) | NAH-Witness not identified in US' Rule 26(a)(1)(B) disclosure; Rule 37(c)(1) |
| Mario Roldan, MD (live) | Care and treatment of Ms. Bilbro at NAH | | |
| Susan Zabala, RN (live) | Expert Registered Nurse | | See NAH's MIL |
| All witnesses named on any other party's witness list | | | NAH- To the extent witness not identified in US' Rule 26(a)(1)(B) |

| Name | Description | Plaintiff Objection | Hospital objection |
|------|-------------|---------------------|--------------------|
|      |             |                     | disclosure; Rule 37(c)(1) |