UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC BEVERLY, Individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased,<br>    Plaintiff,<br>  v.<br><br>THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; NICOLE SZEWCZAK; and MARIO ROLDAN,<br>    Defendants,<br><br>    and<br><br>THE UNITED STATES OF AMERICA,<br>  Crossclaim / Third-Party Plaintiff,<br>  v.<br>NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; and NICOLE SZEWCZAK<br>    Third-Party Defendants. | No. 12 C 7234<br><br>Judge Blakey |

**Pre-Trial Report – 6C**

**DEFENDANTS' NORWEGIAN AMERICAN HOSPITAL AND NICOLE SZEWCZAK, RN'S LIST OF TRIAL WITNESSES**

**6.(c)(i) Witnesses that these Defendants will call at trial:**

| Witness | Witness Description | Witness Role | Objection Plaintiff | Objection USA |
|---|---|---|---|---|
| 1. Nicole Szewczak, RN | Named defendant nurse at NAH whose care is alleged to be at issue in the Second Amended Complaint. | Ms. Szewczak is the medical-surgical floor nurse who provided care and treatment to the decedent at NAH on February 26 and 27, 2010. | | |
| 2. Ramon Barajas, M.D. | Obstetrician whose care is alleged to be at issue in the Second Amended Complaint. | Dr. Barajas is the obstetrician who provided care and treatment to the decedent and her fetus both prenatally and at NAH on February 27, 2010. | | |
| 3. Pradeep George | Respiratory therapist at NAH whose care is alleged to be at issue in the Second Amended Complaint. | Mr. George is the respiratory therapist who provided care and treatment to the decedent at NAH on February 27, 2010. | | |
| 4. Alejandro Rarang, M.D. | Hospitalist at NAH on February 27, 2010. | Dr. Rarang is the hospitalist who was working at NAH the evening of February 27, 2010 who had interactions with Ms. Szewczak and Dr. Barajas regarding the decedent, and provided care and treatment to the decedent. | | |
| 5. Gracia Rausa, RN | Charge nurse on the medical-surgical unit at NAH on the evening of February 27, 2010. | Ms. Rausa is the charge nurse on the medical-surgical unit at NAH the evening of February 27, 2010, who had interactions with the decedent and Ms. Szewczak and provided care and treatment to the decedent. | | |

| | | | | |
|---|---|---|---|---|
| 6. Janet Davis, RN | Defendants' Rule 26(a)(2)(B) retained nursing expert witness | Ms. Davis will provide expert opinions regarding the decedent's condition and nursing standard of care. | | |
| 7. Earl Fulcher, Jr. | Defendants' Rule 26(a)(2)(B) retained respiratory therapist expert witness | Mr. Fulcher will provide expert opinions regarding the decedent's condition and respiratory therapy standard of care. | See Plaintiffs' MIL 14 | |
| 8. Fred Duboe, M.D. | Defendants' Rule 26(a)(2)(B) retained obstetrician expert witness | Dr. Duboe will provide expert opinions regarding the decedent's and fetus' condition, standard of care and causation. | | Objection to improper "rebuttal" expert. *See* Dkt. 82-83, 88. |

**(c)(ii)** **Witnesses whose deposition these Defendants may use at trial:**

| Witness | Witness Description | Witness Role | Objection Plaintiff | Objection USA |
|---|---|---|---|---|
| 1. Rafael Campanini, M.D.: Upon information and belief, Dr. Campanini will be undergoing medical treatment and surgery, and his illness and infirmity will prevent him from testifying in person at the trial of this matter. | Placental pathologist at NAH in February and March 2010. | Dr. Campanini is the placental pathologist who interpreted the placenta following delivery. | | Possible objection to portions designated. |
| 2. Athihalli Nagaraj, M.D.: | Emergency department physician at NAH on February 26, 2010. | Dr. Nagaraj is the emergency department physician at NAH on February 27, 2010 who provided care | | Possible objection to |

| | | | | |
|---|---|---|---|---|
| Upon information and belief, Dr. Nagaraj is currently in India and is unable to testify in person at the trial of this matter. | | and treatment to the decedent and had interactions with various medical providers regarding the decedent. | | portions designated. |
| 3. Darcy Pero, RT: Mr. Pero is a former employee of NAH who currently resides in Florida. | Respiratory therapist at NAH on February 27, 2010. | Mr. Pero is one of the respiratory therapists at NAH who provided care and treatment to the decedent on February 27, 2010. | | Possible objection to portions designated. |

**(c)(iii) Witnesses that these Defendants may call at trial:**

| Witness | Witness Description | Witness Role | Objection Plaintiff | Objection USA |
|---|---|---|---|---|
| 9. Helen Box, M.D. | Erie Family Health Center family practice physician who provided orders at NAH on February 26, 2010. | Dr. Box is the family practice physician who entered initial orders for the decedent upon her admission to NAH on February 26, 2010. | | |
| 10. Olivia Cruz, RN | Medical/Surgical Unit nurse at NAH in the morning of February 27, 2010. | Ms. Cruz is a medical-surgical unit nurse who provided care and treatment to the decedent at NAH on February 27, 2010. | | |
| 11. Nida Blankas-Hernaez, M.D. | Neonatologist/pediatrician at NAH the evening of February 27, 2010. | Dr. Blankas-Hernaez is the pediatrician who was present at the cesarean delivery and assisted with the neonatal resuscitation of the infant following his delivery. | | |
| 12. Ma Leticia Garcia, RN | ICU nurse part of the Rapid Response/Code Blue team at | Ms. Garcia is an ICU nurse who provided care and treatment to the | | |

| | NAH in the evening of February 27, 2010. | decedent during the Code Blue at NAH on February 27, 2010. | | |
|---|---|---|---|---|
| 13. Terence Harper, M.D. | Pathologist at Mount Sinai Hospital Medical Center of Chicago. | Dr. Harper is the pathologist who performed the autopsy on the decedent and her infant. | | |
| 14. Mario Roldan, M.D. | Obstetrician/gynecologist at NAH on February 26, 2010. | Dr. Roldan is an obstetrician at NAH who had conversations with Dr. Barajas and Dr. Nagaraj regarding the decedent on February 26, 2010. | | |
| 15. Heather Padilla, RN | Labor and delivery nurse at NAH on February 27, 2010. | Ms. Padilla is a Labor and delivery nurse working at NAH the evening of February 27, 2010. | | |
| 16. Miriam Aranez, RN | Labor and delivery nurse at NAH on February 27, 2010. | Ms. Padilla is a Labor and delivery nurse working at NAH the evening of February 27, 2010. | | |
| 17. Eric Beverly | The named Plaintiff, husband of the decedent and father of the fetus. | Mr. Beverly will testify as a fact witness regarding the events of February 26 and 27, 2010, and the damages alleged in the Second Amended Complaint. | | |
| 18. Edna Beverly | Mother-in-law of the decedent and grandmother of the fetus. | Mrs. Beverly will testify as a fact witness regarding the events of February 26 and 27, 2010, and the damages alleged in the Second Amended Complaint. | | |
| 19. Taylor Beverly | Daughter of the decedent and sister of the fetus. | Ms. Beverly will testify as a fact witness regarding the events of February 26 and 27, 2010, and the damages alleged in the Second Amended Complaint. | | |
| 20. Amina Martin (never deposed) | Daughter of the decedent and sister of the fetus. | Ms. Martin will testify as to the damages alleged in the Second Amended Complaint. | | |

| | | | | |
|---|---|---|---|---|
| 21. Tara Martin (never deposed) | Daughter of the decedent and sister of the fetus. | Ms. Martin will testify as to the damages alleged in the Second Amended Complaint. | | |
| 22. LaTara McClain | Close friend of the decedent. | Ms. McClain will testify as a fact witness regarding the events of February 26 and 27, 2010, and the damages alleged in the Second Amended Complaint.. | | |
| 23. Ariel Paterson (never deposed) | Daughter of the decedent and sister of the fetus. | Ms. Paterson will testify as to the damages alleged in the Second Amended Complaint. | | |
| 24. Tatiana Paterson (never deposed) | Daughter of the decedent and sister of the fetus. | Ms. Paterson will testify as to the damages alleged in the Second Amended Complaint. | | |
| 25. Ashley Welsh (never deposed) | Daughter of the decedent and sister of the fetus. | Ms. Welsh will testify as a fact witness regarding the events of February 26 and 27, 2010, and the damages alleged in the Second Amended Complaint. | | |
| 26. Jeremiah Franklin | Brother of the decedent and uncle of the fetus. | Mr. Franklin will testify as a fact witness regarding the events of February 26 and 27, 2010, and the damages alleged in the Second Amended Complaint. | | |
| 27. Tawanna Bilbro (never deposed) | Sister of the decedent and aunt of the fetus. | Ms. Bilbro will testify as to the damages alleged in the Second Amended Complaint. | | |
| 28. Terri Hemmert | Friend and former coworker of the decedent. | Ms. Hemmert will testify as to the damages alleged in the Second Amended Complaint. | | |
| 29. Afsheed Hameed, M.D. | Plaintiff's Rule 26(a)(2)(B) retained obstetrician expert witness | Dr. Hameed will provide expert opinions regarding standard of care, causation, and proximate cause | | Objection to hospital defendants calling |

| | | | | |
|---|---|---|---|---|
| | | pertaining to Dr. Barajas' care and treatment of the decedent and her fetus. | | plaintiff's expert. |
| 30. R. Scott Stephens, M.D. | Plaintiff's Rule 26(a)(2)(B) retained pulmonologist expert witness | Dr. Stephens will provide expert opinions regarding causation pertaining to the effects of pneumonia on the decedent and her fetus. | | Objection to hospital defendants calling plaintiff's expert. |

4819-7196-9071, v. 1