## PLAINTIFF'S EXHIBIT LIST – 7A

*Beverly v. USA & Norwegian American Hospital*
*Case No 12 CV 07234*
*BWMK: 10-200*

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 1. | Medical Records from Norwegian American Hospital | | | |
| 2. | Medical Records from Erie Helping Hands Health Center | | | |
| 3. | 2/26/2010 Chest X-ray | | Objection until we get a copy | |
| 4. | Report of Autopsy | | | |
| 5. | Medical Certificate of Death: Lashon Bilbro-Beverly | | Objection until we get a copy | |
| 6. | Certificate of Fetal Death: Jordan Kaleb Bilbro-Beverly | | Objection until we get a copy | |
| 7. | Certificate of Marriage: Eric Beverly and Lashon Bilbro | | Objection until we get a copy | |
| 8. | Obstetrical House Physician Independent Contractor Agreement with amendments | | Objection until we get a copy | |
| 9. | 2/27/2010 Delivery Room Register | | | |
| 10. | NAH Policy: Admission Criteria ICU | | | |
| 11. | NAH Policy: Admission Obstetrical Patients to Regular Nursing Unit | | | |

*Last edited: 3/24/2016*

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 12. | NAH Policy: Assessment & Reassessment | | | |
| 13. | NAH Policy: Assignment of Beds | | | Irrelevant |
| 14. | NAH Policy: Assignment of Patient Care | | | |
| 15. | NAH Policy: Chain of Command | | | |
| 16. | NAH Policy: Code Blue Flow Sheet | | | |
| 17. | NAH Policy: Code Blue | | | |
| 18. | NAH Policy: Critical Care Competency | | | |
| 19. | NAH Policy: Discharge Criteria | | | Irrelevant |
| 20. | NAH Policy: Documentation Code Blue | | | |
| 21. | NAH Policy: Documentation | | | |
| 22. | NAH Policy: Emergency Codes | | | |
| 23. | NAH Policy: Emergency Crash Cart | | | |
| 24. | NAH Policy: Emergency Response to Patient Crisis - Guidelines | | | Irrelevant |
| 25. | NAH Policy: Endotracheal Extubation | | | Irrelevant |
| 26. | NAH Policy: First Response Team | | | Irrelevant |
| 27. | NAH Policy: History and Physical | | | Irrelevant |
| 28. | NAH Policy: Mechanical Ventilation | | | |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 29. | NAH Policy: Protocol for Adult Patient Needing Ventilatory Support | | | Irrelevant & immaterial |
| 30. | NAH Policy: Rapid Response Team | | | |
| 31. | Deposition Transcript: Ramon Barajas, MD | | Hearsay | Hearsay in part |
| 32. | Deposition Transcript: Edna Beverly | | Hearsay | Hearsay |
| 33. | Deposition Transcript: Eric Beverly | | Hearsay | Hearsay in part |
| 34. | Deposition Transcript: Nida Blankas-Hernaez, MD | | Hearsay | Hearsay |
| 35. | Deposition Transcipt: Helen Box, MD | | Hearsay | Hearsay |
| 36. | Deposition Transcript: Rafael Campanini, MD | | Hearsay | Hearsay |
| 37. | Deposition Transcript: Michele Vicari-Christensen, RN | | Hearsay | Hearsay |
| 38. | Deposition Transcript: Oliva Cruz, RN | | Hearsay | Hearsay |
| 39. | Deposition Transcript: Janet Davis, RN | | Hearsay | Hearsay |
| 40. | Deposition Transcript: Fred Duboe, MD | | Hearsay | Hearsay |
| 41. | Deposition Transcript: Jeremiah Franklin | | Hearsay | Hearsay |
| 42. | Deposition Transcript: Earl H. Fulcher, Jr., MAE, RTT | | Hearsay | Hearsay |
| 43. | Deposition Transcript: Ma Leticia Garcia, RN | | Hearsay | Hearsay |
| 44. | Deposition Transcript: Pradeep George | | Hearsay | Hearsay |
| 45. | Deposition Transcript: Afshan Hameed, MD | | Hearsay | Hearsay |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 46. | Deposition Transcript: Terrence Harper, MD | | Hearsay | Hearsay |
| 47. | Deposition Transcript: Terri Hemmert | | Possible Objection to designated portions | Hearsay |
| 48. | Deposition Transcript: Stephanie Martin, DO | | Hearsay | Hearsay |
| 49. | Deposition Transcript: Latara McClain | | Hearsay | Hearsay |
| 50. | Deposition Transcript: Athihalli Nagaraj, MD | | Hearsay | Hearsay |
| 51. | Deposition Transcript: Kenneth Nunes, MD | | Hearsay | Hearsay |
| 52. | Deposition Transcript: William Ozga, RRT | | Hearsay | Hearsay |
| 53. | Deposition Transcript: Darcy Pero, RN | | Hearsay | Hearsay |
| 54. | Deposition Transcript: Alejandro Rarang, MD | | Hearsay | Hearsay |
| 55. | Deposition Transcript: Grecia Rausa, RN | | Hearsay | Hearsay |
| 56. | Deposition Transcript: Mario Roldan, MD | | Hearsay | Hearsay |
| 57. | Deposition Transcript: Robert Stephens, MD | | Hearsay | Hearsay |
| 58. | Deposition Transcript: Nicole Szewczak, RN | | | Hearsay in Part |
| 59. | Deposition Transcript: Susan Zabala, RN | | Hearsay | Hearsay |
| 60. | CV: Rafael Campanini, MD (and certificates / diplomas) | | | |
| 61. | CV: Michele Vicari-Christensen, RN, | | | |
| 62. | CV: Janet Davis, RN | | | |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 63. | CV: Fred Duboe, MD | | | |
| 64. | CV: Earl Fulcher, Jr., MAE, RTT | | | |
| 65. | CV: Terence Harper, MD | | | |
| 66. | CV: Afshan Hameed, MD | | | |
| 67. | CV: Athihalli Nagaraj, MD | | | |
| 68. | CV: William M. Ozga, RRT | | | |
| 69. | CV: Mario Roldan, MD | | | |
| 70. | CV: Robert Stephens, MD | | | |
| 71. | CV: Nicole Szewczak, RN | | | |
| 72. | CV: Susan Zabala, RN | | | |
| 73. | Written Report of Afshan Hameed, MD | | Hearsay | Hearsay |
| 74. | Written Report of Robert Stephens, MD | | Hearsay | Hearsay |
| 75. | Written Report of Michele Vicari-Christensen, RN | | Hearsay | Hearsay |
| 76. | Written Report of William Ozga, RRT | | Hearsay | Hearsay |
| 77. | Written Report of Fred Duboe, MD | | Hearsay | Hearsay |
| 78. | Written Report of Janet Davis, RN, 9/30/2015 | | Hearsay | Hearsay |
| 79. | Written Report of Janet Davis, RN, 11/20/2015 | | Hearsay | Hearsay |
| 80. | Written Report of Stephanie Martin, DO | | Hearsay | Hearsay |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 81. | Stephanie Martin, DO, Schedule of Legal Fees | | Hearsay | |
| 82. | Article: Katz V, Balderston K, DeFreest M. Perimortem cesarean delivery: were our assumptions correct? Am J Obstet Gynecol. 2005 Jun;192(6):1916-20 | | | Hearsay |
| 83. | Article: Dijkman A, Huisman CM, Smit M, Schutte JM, Zwart JJ, van Roosmalen JJ, Oepkes D. Cardiac arrest in pregnancy: increasing use of perimortem caesarean section due to emergency skills training? BJOG. 2010 Feb; 117(3): 282-7 | | | Hearsay |
| 84. | Written Report of Susan Zabala, RN | | Hearsay | |
| 85. | Susan Zabala, RN, Fee Schedule 2015 | | Hearsay | |
| 86. | Written Report of Earl Fulcher, Jr., RT | | Hearsay | |
| 87. | Article: 2005 American Heart Association Guidelines for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Part 10.8: Cardiac Arrest Associated With Pregnancy (Hameed Deposition Exhibit No. 3) | | | Hearsay |
| 88. | Pregnancy and Cardiac Arrest (Hameed Deposition Exhibit No. 4) | | | Hearsay |
| 89. | Pregnancy and Cardiac Arrest (Hameed Deposition Exhibit No. 5) | | | Hearsay |
| 90. | Images of peak flow meter (Ozga Deposition Exhibit No. 6) | | | Lack of Foundation |
| 91. | Illinois Department of Financial and Professional Regulation, Physician Profile re: Alejandro M. Rarang, MD (Rarang Deposition Exhibit No. 1) | | | |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 92. | West's National Physician Directory entry for Alejandro M. Rarang, MD (Rarang Deposition Exhibit No. 2) | | | |
| 93. | Article: Benedetti TJ, Valle R, Ledger WJ. Antepartum pneumonia in pregnancy. Am J Obstet Gynecol. 1982 Oct 15;144(4):413-7. | | Objection if used to summarize or support an expert opinion FRCP 26(a)(2)(B)(iii) | Hearsay |
| 94. | Family Photos | | Objection until we get a copy | |
| 95. | Birth Certificate of Lashon Bilbro-Beverly | | Objection until we get a copy | |
| 96. | Life Tables | | Objection | |
| 97. | Written Report of Dr. Kenneth Nunes | | Hearsay | Hearsay |
| 98. | | | | |
| 99. | | | | |
| 100. | Demonstrative Exhibit: Respiratory System (image) | | Objection to all demonstratives if used to summarize or support an expert opinion FRCP 26(a)(2)(B)(iii) Objection until we receive a copy | Objection; demonstrative only  Also objection to substance until we receive a copy |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 101. | Demonstrative Exhibit: Naso/oropharynx (image) | | Objection to all demonstratives if used to summarize or support an expert opinion FRCP 26(a)(2)(B)(iii) <br><br> Objection until we receive a copy | Objection; demonstrative only <br><br> Also objection to substance until we receive a copy |
| 102. | Demonstrative Exhibit: Trachea (image) | | Same as above | Same as above |
| 103. | Demonstrative Exhibit: Bronchial Tree (image) | | Same as above | Same as above |
| 104. | Demonstrative Exhibit: Lungs (image) | | Same as above | Same as above |
| 105. | Demonstrative Exhibit: Pleura (image) | | Same as above | Same as above |
| 106. | Demonstrative Exhibit: Diaphragm (image) | | Same as above | Same as above |
| 107. | | | | |
| 108. | Demonstrative Exhibit: Trachea, Bronchial Tree, Lungs and Heart (image) | | Same as above | Same as above |
| 109. | Demonstrative Exhibit: Trachea, Bronchial Tree, Lungs and Heart (with circle) (image) | | Same as above | Same as above |
| 110. | Demonstrative Exhibit: Terminal Bronchioles (image) | | Same as above | Same as above |
| 111. | Demonstrative Exhibit: Alveoli (image) | | Same as above | Same as above |
| 112. | Demonstrative Exhibit: Alveoli with Capillaries (image) | | Same as above | Same as above |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 113. | Demonstrative Exhibit: Gas exchange (image) | | Objection to all demonstratives if used to summarize or support an expert opinion FRCP 26(a)(2)(B)(iii) <br><br> Objection until we receive a copy | Objection; demonstrative only <br><br> Also objection to substance until we receive a copy |
| 114. | Demonstrative Exhibit: Inspiration (image) | | Same as above | Same as above |
| 115. | Demonstrative Exhibit: Expiration (image) | | Same as above | Same as above |
| 116. | Demonstrative Exhibit: Inspiration (with side view) (image) | | Same as above | Same as above |
| 117. | Demonstrative Exhibit: Expiration (with side view) (image) | | Same as above | Same as above |
| 118. | Demonstrative Exhibit: Effect of Asthma on Airflow, 1 (image) | | Same as above | Same as above |
| 119. | Demonstrative Exhibit: Effect of Asthma on Airflow, 2 (image) | | Same as above | Same as above |
| 120. | Demonstrative Exhibit: Effect of Asthma on Airflow, 3 (image) | | Same as above | Same as above |
| 121. | Demonstrative Exhibit: Normal, Non-asthmatic Airway (image) | | Same as above | Same as above |
| 122. | Demonstrative Exhibit: Bronchial Smooth Muscle Contraction in Asthma (image) | | Same as above | Same as above |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 123. | Demonstrative Exhibit: Mucus Hypersecretion in Asthma (image) | | Objection to all demonstratives if used to summarize or support an expert opinion FRCP 26(a)(2)(B)(iii)  Objection until we receive a copy | Objection; demonstrative only  Also objection to substance until we receive a copy |
| 124. | Demonstrative Exhibit: Normal v. Asthma Airway (image) | | Same as above | Same as above |
| 125. | Demonstrative Exhibit: Pneumonia / Fluid-filled Alveoli (image) | | Same as above | Same as above |
| 126. | Demonstrative Exhibit: Pneumonia Impairs Gas Exchange (image) | | Same as above | Same as above |
| 127. | Demonstrative Exhibit: Impact of Pregnancy on Respiration (normal) (image) | | Same as above | Same as above |
| 128. | Demonstrative Exhibit: Impact of Pregnancy on Respiration (pregnant) (image) | | Same as above | Same as above |
| 129. | Demonstrative Exhibit: Impact of Pregnancy on Respiration (Uterine Expansion) (image) | | Same as above | Same as above |
| 130. | Demonstrative Exhibit: Impact of Pregnancy on Respiration (Diaphragm Elevation) (image) | | Same as above | Same as above |
| 131. | Demonstrative Exhibit: Impact of Pregnancy on Respiration (Subcostal Angle) (image) | | Same as above | Same as above |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 132. | Demonstrative Exhibit: Impact of Pregnancy on Respiration (Chest Wall Changes) (image) | | Objection to all demonstratives if used to summarize or support an expert opinion FRCP 26(a)(2)(B)(iii) Objection until we receive a copy | Objection; demonstrative only Also objection to substance until we receive a copy |
| 133. | Demonstrative Exhibit: Impact of Pregnancy on Respiration (Lung Capacity Decreases) (image) | | Same as above | Same as above |
| 134. | Demonstrative Exhibit: Impact of Pregnancy on Oxygen Demand (image) | | Same as above | Same as above |
| 135. | Demonstrative Exhibit: Impact of Pregnancy on Oxygen Demand (with Fetus) (image) | | Same as above | Same as above |
| 136. | Demonstrative Exhibit: Peak Flow Meter | | Same as above | Lack of foundation; if proper foundation laid, demonstrative use only |
| 137. | Demonstrative Exhibit: Nebulizer Mask | | Same as above | Lack of foundation; irrelevant |
| 138. | Demonstrative Exhibit: CPAP Device | | Same as above | Same as above |
| 139. | Demonstrative Exhibit: BiPAP Device | | Same as above | Same as above |
| 140. | Demonstrative Exhibit: Fragile Respiratory Status – 8:30 a.m. (text) | | Same as above | As substantive evidence; |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| | | | | demonstrative use only |
| 141. | Demonstrative Exhibit: Tripod of Treatment for Pneumonia (text) | | Same as above | Same as above |
| 142. | Demonstrative Exhibit: Timeline (text) | | Objection to all demonstratives if used to summarize or support an expert opinion FRCP 26(a)(2)(B)(iii)<br><br>Objection until we receive a copy | Objection; demonstrative only<br><br>Also objection to substance until we receive a copy |
| 143. | Demonstrative Exhibit: Dr. Barajas v. Nicole Szewczak re: Communications (text) | | Same as above | Same as above |
| 144. | Demonstrative Exhibit: Evidence of Respiratory Distress (text) | | Same as above | Same as above |
| 145. | Demonstrative Exhibit: Worsening Respiratory Status (text) | | Same as above | Same as above |
| 146. | Demonstrative Exhibit: Available Respiratory Interventions (text) | | Same as above | Same as above |
| 147. | Demonstrative Exhibit: Reasons to Activate the Rapid Response Team (text) | | Same as above | Same as above |
| 148. | | | | |
| 149. | | | | |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 150. | | | | |
| 151. | | | | |
| 152. | | | | |
| 153. | | | | |
| 154. | | | | |
| 155. | | | | |
| 156. | | | | |
| 157. | | | | |
| 158. | | | | |
| 159. | | | | |
| 160. | | | | |
| 161. | | | | |
| 162. | | | | |
| 163. | | | | |
| 164. | | | | |
| 165. | | | | |
| 166. | | | | |
| 167. | | | | |

| Ex. No. | Exhibit Description | Relevance | US Objection | Hospital Objection |
|---|---|---|---|---|
| 168. | | | | |
| 169. | | | | |
| 170. | | | | |
| 171. | | | | |
| 172. | | | | |
| 173. | | | | |
| 174. | | | | |
| 175. | | | | |
| 176. | | | | |
| 177. | | | | |
| 178. | | | | |