**UNITED STATES' EXHIBIT LIST – 7B[1]**

*Beverly v. USA & Norwegian American Hospital*
No 12 C 7234

| Ex. No. | Exhibit Description | Relevance | Plaintiff Objection | Hospital Objection |
|---------|---------------------|-----------|---------------------|--------------------|
| 201. | Article: 2015 American Heart Association Guidelines Update for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Part 10: Special Circumstances of Resuscitation | | Hearsay, relevance | Hearsay |
| 202. | Article: 2015 International Consensus on Cardiopulmonary Resuscitation and Emergency Cardiovascular Care Science With Treatment Recommendations. Part 4: Advanced Life Support | | Hearsay, Relevance | Hearsay |
| 203. | Article: American College of Obstetricians and Gynecologists Practice Bulletin. Number 158: Critical Care in Pregnancy | | Hearsay, Relevance | Hearsay |
| 204. | Photograph(s) of Portable Fetal Monitor | | | Lack of foundation; if proper foundation laid, demonstrative use only |
| 205. | Demonstrative Exhibit: Comparison of Nursing Notes to Other Medical Records | | | As substantive evidence; demonstrative use only |

---

[1] This exhibit list is in addition to exhibits listed by the other parties.

| Ex. No. | Exhibit Description | Relevance | Plaintiff Objection | Hospital Objection |
|---|---|---|---|---|
| 206. | USDA: Expenditures on Children by Families, 2013 | | Hearsay, Relevance | Hearsay |
| 207. | Article: 2005 American Heart Association Guidelines Update for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. Part 1: Introduction | | Hearsay, Relevance | Hearsay |
| 208. | CV of Dr. Kenneth Nunes | | No Objection | |
| 209. | CV of Dr. Stephanie Martin | | No Objection | |
| 210. | CV of Susan Zabala | | No Objection | |