**Norwegian American Hospital & Nicole Szewczak Exhibit List – 7C**

| Ex. No. | Exhibit Description | Relevance | Objection Plaintiff | Objection US |
|---|---|---|---|---|
| 301 | Norwegian American Hospital Billing Summary for medications administered to Lashon Bilbro-Beverly | | | |
| 302 | Demonstrative Exhibit: Timeline | | | Objection to all demonstratives if used to summarize or support an expert opinion FRCP 26(a)(2)(B)(iii)<br><br>(Also objection to substance until we receive a copy) |
| 303 | Demonstrative Exhibit: Floor plan of Unit 2A | | | See above |
| 304 | Demonstrative Exhibit: Peak flow meter (tangible) | | | See above |
| 305 | Demonstrative Exhibit: Pulse oximetry monitor (tangible) | | | See above |
| 306 | Demonstrative Exhibit: Oxygen flow meter (tangible) | | | See above |
| 307 | Demonstrative Exhibit: Oxygen tubing/nasal cannula | | | See above |
| 308 | American College of Obstetricians and Gynecologists Practice Bulletin. Number 158: Critical Care in Pregnancy | | | |
| 309 | 2005 American Heart Association Guidelines Update for Cardiopulmonary Resuscitation and Emergency Cardiovascular Care. | | | |
| 310 | Demonstrative Exhibit: Dinamap monitor (photograph and/or tangible monitor) | | | Objection to all demonstratives if |

| | | | | used to summarize or support an expert opinion FRCP 26(a)(2)(B)(iii) (Also objection to substance until we receive a copy) |
|---|---|---|---|---|

**Norwegian American Hospital and Nicole Szewczak's Exhibit List (in addition to those enumerated by Plaintiff and US)**

4832-4618-5519, v. 1