UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
Eastern Division

Eric Beverly

                Plaintiff,

v.                         Case No.: 1:12−cv−07234
                                       Honorable John Robert Blakey

The United States of America, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, May 2, 2016:

      MINUTE entry before the Honorable John Robert Blakey: Jury trial held on 5/2/2016 and continued to 5/3/2016 at 10:30 a.m. in Courtroom 1725; attorneys shall appear at 10:15 a.m. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.