ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

Eric Beverly,

Plaintiff(s),

v.

The United States of America, et al,

Defendant(s).

Case No. 12 CV 7234
Judge Blakey

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes     pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is hereby entered in favor of Plaintiff, Eric Beverly, individually and as Supervised Administrator of the Estate of Lashon Bilbro-Beverly, deceased, and as Independent Administrator of the Estate of Jordan Kaleb Bilbro-Beverly, deceased and against the United States of America in the total amount of $9,000,000.00. Post judgment interest will accrue at the rate and to the extent provided by law. Civil case terminated.

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☒ tried by Judge Blakey without a jury and the above decision was reached.
☐ decided by Judge         on a motion

Date: 5/10/2016

Thomas G. Bruton, Clerk of Court
s/G. Lewis, Deputy Clerk