# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Eric Beverly, individually and as Supervised Administrator of the Estate of Lashon Bilbro-Beverly, deceased, and as Independent Administrator of the Estate of Jordan Kaleb Bilbro-Beverly, deceased.,

Plaintiff(s),

v.

The United States of America and Norwegian American Hospital, Inc.,

Defendant(s).

Case No.  12 CV 7234
Judge  John Robert Blakey

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐  in favor of plaintiff(s)
    and against defendant(s)
    in the amount of $         ,

    which ☐ includes         pre–judgment interest.
          ☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐  in favor of defendant(s)
    and against plaintiff(s)
.

Defendant(s) shall recover costs from plaintiff(s).

☒  other: Based on the jury verdict, judgment is hereby entered in favor of Plaintiff Eric Beverly, as Supervised Administrator of the Estate of Lashon Bilbro-Beverly, deceased, and against the Norwegian American Hospital in the total amount of $6,000,000.00.  Norwegian American Hospital is jointly and severally liable for that amount.

Based on the jury verdict, judgment is hereby entered in favor of Plaintiff Eric Beverly, as Independent Administrator of the Estate of Jordan Kaleb Bilbro-Beverly, deceased, and against the Norwegian American Hospital in the total amount of $3,000,000.00.  Norwegian American Hospital is jointly and severally liable for that amount.

In sum, Norwegian American Hospital is jointly and severally liable for a total judgment in the amount of $9,000,000.00, plus post-judgment interest accruing at the rate and to the extent provided by law, and the costs of suit.

Based on the Court's findings of fact and conclusions of law, issued after the bench trial in this matter, judgment is hereby entered in favor of Plaintiff Eric Beverly, as Supervised Administrator of the Estate of Lashon Bilbro-Beverly, deceased, and against the United States of America in the total amount of $6,000,000.00. The United States of America is jointly and severally liable for that amount.

Based on the Court's findings of fact and conclusions of law, issued after the bench trial in this matter, judgment is hereby entered in favor of Plaintiff Eric Beverly, as Independent Administrator of the Estate of Jordan Kaleb Bilbro-Beverly, deceased, and against the United States of America in the total amount of $3,000,000.00. The United States of America is jointly and severally liable for that amount.

In sum, the United States of America is jointly and severally liable for a total judgment in the amount of $9,000,000.00, plus post-judgment interest accruing at the rate and to the extent provided by law, and the costs of suit.

Additionally, based on the jury verdict, judgment is hereby entered on the United States' contribution claim against Third Party Defendants Norwegian American Hospital and Nicole Szewczak. As to the injuries suffered by Lashon Bilbro-Beverly, liability is apportioned as follows: (1) 65% for the United States of America; (2) 10% for Norwegian American Hospital and Nicole Szewczak; and (3) 25% for Norwegian American Hospital (by way of its other agent). As to the injuries suffered by Jordan Bilbro-Beverly, liability is apportioned as follows: (1) 75% for the United States of America; (2) 7% for Norwegian American Hospital and Nicole Szewczak; and (3) 18% for Norwegian American Hospital (by way of its other agent).

Civil case terminated.

This action was *(check one)*:

☒ tried by a jury with Judge John Robert Blakey presiding, and the jury has rendered a verdict.
☒ tried by Judge John Robert Blakey without a jury and the above decision was reached.
☐ decided by Judge          on a motion

Date: 6/27/2016					Thomas G. Bruton, Clerk of Court

						<u>s/ G. Lewis</u> , Deputy Clerk