# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

September 16, 2016

| Nos. 16-3268 and 16-3367 | ERIC BEVERLY, Individually and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independant Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased,<br>Plaintiff - Appellee<br>Cross - Appellee<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Defendant - Appellant<br><br>and<br><br>NORWEGIAN AMERICAN HOSPITAL,<br>Defendant<br>Cross - Appellant<br><br>and<br><br>UNITED STATES OF AMERICA,<br>Crossclaimant<br>Third Party Plaintiff - Cross Appellee<br><br>v.<br><br>NORWEGIAN AMERICAN HOSPITAL,<br>Cross Defendant<br>Cross - Appellant<br><br>and<br><br>NICOLE SZEWCZAK,<br>Third party Defendant<br>Cross - Appellant |

Nos. 16-3268 and 16-3367                                                    Page 2

| **Originating Case Information:** |
| --- |
| District Court No: 1:12-cv-07234<br>Northern District of Illinois, Eastern Division<br>District Judge John Robert Blakey |

Upon consideration of the **JOINT AGREED MOTION TO VOLUNTARILY DISMISS APPEALS**, filed on September 16, 2016, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**(form ID: **137**)

CERTIFIED COPY
A True Copy
Teste:

_____
Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit