UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ERIC BEVERLY, Individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased,<br><br>        Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; and NICOLE SZEWCZAK,<br><br>        Defendants. | No. 1:12-cv-07234<br><br>Assigned Judge: John R. Blakey<br><br>Designated Magistrate Judge: Sidney I. Schenkier |

**PETITION FOR ORDER OF DISTRIBUTION**

NOW COMES Eric Beverly, Individually and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased, and petitions this Honorable Court to approve the distribution of funds from the judgments entered in this case. Petitioner/Plaintiff states as follows:

  1.  Lashon Bilbro-Beverly and her unborn son, Jordan Kaleb Bilbro-Beverly, died due to negligent medical care and treatment rendered by the defendants. All defendants the United States of America, Norwegian American Hospital and Nicole Szewczak were found liable by a jury and/or judge following a trial on the issues.

  2.  Eric Beverly is Lashon Bilbro-Beverly's surviving spouse and the father of Jordan Kaleb Bilbro-Beverly. Lashon Bilbro-Beverly had six daughters, Amina Martin, Tara Martin,

Ariel Patterson, Tatyana Patterson, Ashley Welsh, and Taylor Martin (a minor) also the daughter of Eric Beverly.

3. Eric Beverly was appointed Supervised Administrator of the Estate of Lashon Kaleb Bilbro-Beverly, deceased, and as Independent Administrator of the Estate of Jordan Kaleb Bilbro-Beverly, deceased. Eric Beverly hired Burke Wise Morrissey & Kaveny, LLC (and predecessor firms, Propes & Kaveny and The Kaveny Law Firm) to represent the Estates.

4. Eric Beverly agreed to pay counsel 33-1/3% of any sums recovered by way of settlement, judgment or otherwise. In this case, however, a portion of the judgment is controlled by 28 US Code § 2678, "No attorney shall charge, demand, receive, or collect for services rendered, fees in excess of 25 per centum of any judgment rendered pursuant to Section 1346(b) of this title or any settlement made pursuant to Section 2677 of this title, or in excess of 20 per centum of any award, compromise, or settlement made pursuant to Section 2672 of this title." Accordingly, the total verdict and the fees associated with each is as follows:

| Defendant | Total Judgment | Percentage Fee | Attorney's Fees |
|---|---|---|---|
| U.S.A. | $6,150,000.00 | 25% | $1,537,500.00 |
| Norwegian American Hospital | $2,858,061.21 | 33-1/3% | $ 952,687.07 |

5. Petitioner respectfully requests that attorney's fees of $2,490,187.07 be approved as agreed and consented to by Petitioner in *Exhibit A*.

6. Pursuant to this Court's June 27, 2016 Order, $6,572.83 of expenses are due back directly by defendants.

7. Petitioner further agreed to reimburse counsel all out-of-pocket expenses incurred. Attached as *Exhibit B* is an affidavit from Counsel itemizing Plaintiff's expenses, totaling $161,105.31. The corresponding backup, for each itemization is available for inspection or review by the Court. Petitioner respectfully asks that $145,539.32 be approved.

8. No liens have been asserted on the proceeds of this judgment.

9. The net payable after fees and expenses is $6,372,334.82.

10. As the only triable issues were brought pursuant to the Wrongful Death Act (740 ILCS 180/1 et seq.), plaintiff requests that this Court enter a finding of dependency, based on the testimony provided at trial and the agreement of all the heirs. All heirs have agreed and signed a consent to distribution, attached hereto as *Exhibits C-I*, which provide that Eric Beverly shall receive 34% of the net proceeds and each daughter/sister shall receive 11% of the net proceeds. Accordingly, the distributions are as follows:

|           | Heir              | Percentage | Amount         |
|-----------|-------------------|------------|----------------|
| *Exhibit C* | Eric Beverly      | 34%        | $2,166,593.84  |
| *Exhibit D* | Amina Martin      | 11%        | $700,956.83    |
| *Exhibit E* | Tara Martin       | 11%        | $700,956.83    |
| *Exhibit F* | Ariel Patterson   | 11%        | $700,956.83    |
| *Exhibit G* | Tatyana Patterson | 11%        | $700,956.83    |
| *Exhibit H* | Ashley Welsh      | 11%        | $700,956.83    |
| *Exhibit I* | Taylor Beverly    | 11%        | $700,956.83    |

WHEREFORE, Petitioner Respectfully requests that this Honorable Court enter an Order of Distribution pursuant to the Wrongful Death Act in accordance with the terms of this Petition.

Respectfully submitted,

By: /s/ Elizabeth A. Kaveny
Elizabeth A. Kaveny
Burke Wise Morrissey & Kaveny, LLC
161 N. Clark Street, Suite 3250
Chicago, IL 60601
(312) 580-2040
eak@bwmklaw.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

Eric Beverly, Individually and as Supervised
Administrator of the Estate of Lashon Bilbro-
Beverly, deceased, and as Independent Administrator
of the Estate of Jordan Kaleb Bilbro-Beverly,
                      Plaintiff,

v.

No. 1:12-cv-07234

The United State of America, Norwegian American
Hospital, Inc., an Illinois Corporation, and Nicole
Szewczak,
                      Defendants.

## SETTLEMENT STATEMENT

| | |
|---|---|
| **TOTAL VERDICT AND INTEREST:** | **$ 9,008,061.21** |
| ATTORNEYS' FEES: | $ 2,490,187.07 |
|     To: Burke Wise Morrissey & Kaveny, LLC ($2,116,659.01) | |
|     To: Lorna Propes (previous firm of Propes & Kaveny)($373,528.06) | |
| COSTS ADVANCED: | $ 145,539.32 |
|     (reduced by $6,572.83 paid by defendants) | |
| **TOTAL NET PROCEEDS TO BE DISTRIBUTED TO HEIRS:** | **$ 6,372,334.82** |
|     To: Eric Beverly (34%)     $2,166,593.84 | |
|     To: Amina Martin (11%)     $700,956.83 | |
|     To: Tara Martin (11%)     $700,956.83 | |
|     To: Ariel Patterson (11%)     $700,956.83 | |
|     To: Tatiana Patterson (11%     $700,956.83 | |
|     To: Ashley Welsh (11%)     $700,956.83 | |
|     To: Taylor Beverly (11%)     $700,956.83 | |

I, Eric Beverly, have read the foregoing Settlement Statement and fully understand and agree that all the disbursements and deductions listed therein are true and correct and acceptable to me as the final accounting of the above cause of the above cause of action and represent only those costs and obligations known to date. If any subsequent obligations are made known, it will be my sole responsibility to satisfy same.

*Eric Beverly* (signature)
Eric Beverly

10-26-16
Date


EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ERIC BEVERLY, Individually, and as
Supervised Administrator of the Estate of
LASHON BILBRO-BEVERLY, deceased,
and as Independent Administrator of the Estate
of JORDAN KALEB BILBRO-BEVERLY,
deceased,

           Plaintiff,

v.

THE UNITED STATES OF AMERICA;
NORWEGIAN AMERICAN HOSPITAL,
INC., an Illinois Corporation; and NICOLE
SZEWCZAK,

           Defendants.

No. 1:12-cv-07234

Assigned Judge: John R. Blakey

Designated Magistrate Judge: Sidney I. Schenkier

## AFFIDAVIT

I, Brian T. Monico, being first duly sworn on oath, depose and state:

1. I am an attorney of record for Plaintiff in this action.

2. Plaintiff agreed to reimburse Plaintiff's Counsel for all reasonable expenses in relation to the evaluation, preparation, and trial of this lawsuit.

3. This case is a medical malpractice case which was tried to verdict in May of 2016. Plaintiff retained five experts in various medical fields to testify and several consulting expert witnesses to assist in the preparation of the lawsuit. None of Plaintiff's retained experts were located in the Chicago metropolitan area.

4. Additionally, the defendants hired a total of four expert witnesses to testify in this matter.

5. Plaintiff's expenses are broken down by the following categories:

| | |
|---|---|
| Court Fees (including filing fees, service fees and official court reporting fees) | $3,224.60 |
| Court Reporting and Videographer Fees: | $21,785.77 |
| Retained and Consulting Expert Fees: | $77,657.57 |
| Investigation Fees: (including costs for service of process and subpoenas) | $4,286.70 |


EXHIBIT B

|  |  |  |
|---|---|---|
| Medical Records | | $3,064.81 |
| Medical Research | | $63.50 |
| Transportation - Depositions and Trial | | $45,609.83 |
| Trial Consulting and accommodations | | $5,412.53 |
| | **TOTAL:** | **$161,105.31** |

6. Plaintiff has receipts and payment confirmation for each of these categories. However, to avoid inundating this Court with a file over two inches thick, Plaintiff has submitted this affidavit. Should this Court request the corresponding documentation, Plaintiff is available to provide it.

7. FURTHER YOUR AFFIANT SAYETH NOT

/s/ Brian T. Monico
Brian T. Monico
Burke Wise Morrissey Kavney
161 N. Clark St., Suite 3250
Chicago, Illinois 60601
(312) 580-2040
Fax: (312) 580-2041
BTM@bwmklaw.com

Subscribed and Sworn to before me
This 28th day of October 2016

_____
Notary Public

"OFFICIAL SEAL"
ANGELINA MIJARES
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES 09/15/19

**United States District Court**
**Northern District of Illinois - Eastern Division**

ERIC BEVERLY, individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased,

                              Plaintiff,

v.

THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; Defendants.

No. 1:12-cv-07234

Assigned Judge:
John R. Blakey

## CONSENT TO DISTRIBUTION OF PROCEEDS

I, **Eric Beverly**, the undersigned husband and wife of the decedents, being of lawful age and under no legal disability, consent to the following:

1. I agree to the fees, expenses and apportionment of the proceeds outlined in the attached settlement statement. Specifically, I will receive $34% of the total proceeds available to be distributed amongst the heirs, after fees and expenses are deducted, totaling $2,166,593.84.

2. I further agree and understand that the distribution for all proceeds to all heirs shall be as follows:

   a. Eric Beverly, husband and father:     34%     $2,166,593.84
   b. Amina Martin, daughter and sister:     11%     $700,956.83
   c. Tara Martin, daughter and sister:     11%     $700,956.83
   d. Ariel Patterson, daughter and sister:     11%     $700,956.83
   e. Tatiana Patterson, daughter and sister:     11%     $700,956.83
   f. Ashley Welsh, daughter and sister:     11%     $700,956.83
   g. Taylor Beverly, daughter and sister:     11%     $700,956.83

*/s/ Eric Beverly*
Eric Beverly

## CERTIFICATION

Under the penalties as provided by law, pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*/s/ Eric Beverly*
Eric Beverly


EXHIBIT C

**United States District Court**
**Northern District of Illinois - Eastern Division**

| | |
|---|---|
| ERIC BEVERLY, individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased,<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation;<br>Defendants. | No. 1:12-cv-07234<br><br>Assigned Judge:<br>John R. Blakey |

## CONSENT TO DISTRIBUTION OF PROCEEDS

I, Amina Martin, the undersigned daughter and sister of the decedents, being of lawful age and under no legal disability, consent to the following:

1. I agree to the fees, expenses and apportionment of the proceeds outlined in the attached settlement statement. Specifically, I will receive $11% of the total proceeds available to be distributed amongst the heirs, after fees and expenses are deducted.

2. I further agree and understand that the distribution for all proceeds to all heirs shall be as follows:

   a. Eric Beverly, husband and father: 34% $2,166,593.84
   b. Amina Martin, daughter and sister: 11% $700,956.83
   c. Tara Martin, daughter and sister: 11% $700,956.83
   d. Ariel Patterson, daughter and sister: 11% $700,956.83
   e. Tatiana Patterson, daughter and sister: 11% $700,956.83
   f. Ashley Welsh, daughter and sister: 11% $700,956.83
   g. Taylor Beverly, daughter and sister: 11% $700,956.83

_____
Amina Martin

## CERTIFICATION

Under the penalties as provided by law, pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
Amina Martin


EXHIBIT D

**United States District Court**
**Northern District of Illinois - Eastern Division**

ERIC BEVERLY, individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased,

Plaintiff,

v.

THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; Defendants.

No. 1:12-cv-07234

Assigned Judge: John R. Blakey

## CONSENT TO DISTRIBUTION OF PROCEEDS

I, **Tara Martin**, the undersigned daughter and sister of the decedents, being of lawful age and under no legal disability, consent to the following:

1. I agree to the fees, expenses and apportionment of the proceeds outlined in the attached settlement statement. Specifically, I will receive $11\%$ of the total proceeds available to be distributed amongst the heirs, after fees and expenses are deducted

2. I further agree and understand that the distribution for all proceeds to all heirs shall be as follows:

   a. Eric Beverly, husband and father:        34%   $2,166,593.84
   b. Amina Martin, daughter and sister:       11%   $700,956.83
   c. Tara Martin, daughter and sister:        11%   $700,956.83
   d. Ariel Patterson, daughter and sister:    11%   $700,956.83
   e. Tatiana Patterson, daughter and sister:  11%   $700,956.83
   f. Ashley Welsh, daughter and sister:       11%   $700,956.83
   g. Taylor Beverly, daughter and sister:     11%   $700,956.83

_____
Tara Martin

## CERTIFICATION

Under the penalties as provided by law, pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
Tara Martin


EXHIBIT E

United States District Court
Northern District of Illinois - Eastern Division

ERIC BEVERLY, individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased,

           Plaintiff,

v.

THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; Defendants.

No. 1:12-cv-07234

Assigned Judge:
John R. Blakey

## CONSENT TO DISTRIBUTION OF PROCEEDS

  I, **Ariel Patterson**, the undersigned daughter and sister of the decedents, being of lawful age and under no legal disability, consent to the following:

1. I agree to the fees, expenses and apportionment of the proceeds outlined in the attached settlement statement. Specifically, I will receive $11% of the total proceeds available to be distributed amongst the heirs, after fees and expenses are deducted.

2. I further agree and understand that the distribution for all proceeds to all heirs shall be as follows:

   a. Eric Beverly, husband and father:    34%   $2,166,593.84
   b. Amina Martin, daughter and sister:    11%   $700,956.83
   c. Tara Martin, daughter and sister:    11%   $700,956.83
   d. Ariel Patterson, daughter and sister:    11%   $700,956.83
   e. Tatiana Patterson, daughter and sister:    11%   $700,956.83
   f. Ashley Welsh, daughter and sister:    11%   $700,956.83
   g. Taylor Beverly, daughter and sister:    11%   $700,956.83

_____
**Ariel Patterson**

### CERTIFICATION

Under the penalties as provided by law, pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

_____
**Ariel Patterson**



EXHIBIT F

United States District Court
Northern District of Illinois - Eastern Division

ERIC BEVERLY, individually, and as Supervised
Administrator of the Estate of LASHON BILBRO-
BEVERLY, deceased, and as Independent Administrator of
the Estate of JORDAN KALEB BILBRO-BEVERLY,
deceased,

                Plaintiff,

v.

THE UNITED STATES OF AMERICA; NORWEGIAN
AMERICAN HOSPITAL, INC., an Illinois Corporation;
Defendants.

No. 1:12-cv-07234

Assigned Judge:
John R. Blakey

## CONSENT TO DISTRIBUTION OF PROCEEDS

I, **Tatyana Patterson**, the undersigned daughter and sister of the decedents, being of lawful age and under no legal disability, consent to the following:

1. I agree to the fees, expenses and apportionment of the proceeds outlined in the attached settlement statement. Specifically, I will receive $11% of the total proceeds available to be distributed amongst the heirs, after fees and expenses are deducted, totaling $699,746.76

2. I further agree and understand that the distribution for all proceeds to all heirs shall be as follows:

   a. Eric Beverly, husband and father:        34%   $2,166,593.84
   b. Amina Martin, daughter and sister:       11%   $700,956.83
   c. Tara Martin, daughter and sister:        11%   $700,956.83
   d. Ariel Patterson, daughter and sister:    11%   $700,956.83
   e. Tatiana Patterson, daughter and sister:  11%   $700,956.83
   f. Ashley Welsh, daughter and sister:       11%   $700,956.83
   g. Taylor Beverly, daughter and sister:     11%   $700,956.83

*/s/ Tatyana Patterson*
Tatyana Patterson

### CERTIFICATION

Under the penalties as provided by law, pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

*/s/ Tatyana Patterson*
Tatyana Patterson

**EXHIBIT G**

**United States District Court**
**Northern District of Illinois - Eastern Division**

ERIC BEVERLY, individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased,

                  Plaintiff,

v.

THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; Defendants.

No. 1:12-cv-07234

Assigned Judge:
John R. Blakey

## CONSENT TO DISTRIBUTION OF PROCEEDS

    I, **Ashley Welsh**, the undersigned daughter and sister of the decedents, being of lawful age and under no legal disability, consent to the following:

1. I agree to the fees, expenses and apportionment of the proceeds outlined in the attached settlement statement. Specifically, I will receive $11% of the total proceeds available to be distributed amongst the heirs, after fees and expenses are deducted, totaling $700,956.83.

2. I further agree and understand that the distribution for all proceeds to all heirs shall be as follows:

   a. Eric Beverly, husband and father:     34%     $2,166,593.84
   b. Amina Martin, daughter and sister:     11%     $700,956.83
   c. Tara Martin, daughter and sister:     11%     $700,956.83
   d. Ariel Patterson, daughter and sister:     11%     $700,956.83
   e. Tatiana Patterson, daughter and sister:     11%     $700,956.83
   f. Ashley Welsh, daughter and sister:     11%     $700,956.83
   g. Taylor Beverly, daughter and sister:     11%     $700,956.83

*/s/ Ashley Welsh*
Ashley Welsh

## CERTIFICATION

Under the penalties as provided by law, pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that she verily believes the same to be true.

*/s/ Ashley Welsh*
Ashley Welsh


EXHIBIT H

**United States District Court**
**Northern District of Illinois - Eastern Division**

ERIC BEVERLY, individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased,

                    Plaintiff,

v.

THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; Defendants.

No. 1:12-cv-07234

Assigned Judge:
John R. Blakey

## CONSENT TO DISTRIBUTION OF PROCEEDS

    I, **Eric Beverly**, the father of **Taylor Beverly**, a minor, who is the daughter and sister of the decedents, being of lawful age and under no legal disability, consent to the following:

1. I agree to the fees, expenses and apportionment of the proceeds outlined in the attached settlement statement. Specifically, **Taylor Beverly** will receive $11% of the total proceeds available to be distributed amongst the heirs, after fees and expenses are deducted, totaling $700,956.83.

2. I further agree and understand that the distribution for all proceeds to all heirs shall be as follows:

    a. Eric Beverly, husband and father:      34%     $2,166,593.84
    b. Amina Martin, daughter and sister:      11%     $700,956.83
    c. Tara Martin, daughter and sister:      11%     $700,956.83
    d. Ariel Patterson, daughter and sister:      11%     $700,956.83
    e. Tatiana Patterson, daughter and sister:      11%     $700,956.83
    f. Ashley Welsh, daughter and sister:      11%     $700,956.83
    g. Taylor Beverly, daughter and sister:      11%     $700,956.83

*/s/ Eric Beverly*
_____
Eric Beverly as father of Taylor Beverly

## CERTIFICATION

    Under the penalties as provided by law, pursuant to § 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true.

*/s/ Eric Beverly*
_____
Eric Beverly as father of Taylor Beverly



EXHIBIT I