**United States District Court**
**Northern District of Illinois**
**Eastern Division**

| | |
|---|---|
| ERIC BEVERLY, individually, and as Supervised Administrator of the Estate of LASHON BILBRO-BEVERLY, deceased, and as Independent Administrator of the Estate of JORDAN KALEB BILBRO-BEVERLY, deceased,<br>Plaintiff,<br>v.<br>THE UNITED STATES OF AMERICA; NORWEGIAN AMERICAN HOSPITAL, INC., an Illinois Corporation; NICOLE SZEWCZAK;<br>Defendants. | No. 1:12-cv-07234<br><br>Assigned Judge: John R. Blakey<br><br>Designated Magistrate Judge: Sidney I. Schenkier |

## PROPOSED ORDER OF DISTRIBUTION

This matter coming to be heard for trial and on Plaintiff's Petition for Order of Distribution, the Court hereby finds as follows:

1. The tender of judgment, plus interest and costs is approved.
    a. United States of America: $6,150,000.00.
    b. NAH defendants: $2,858,061.21.

2. Petitioner's attorneys, Burke Wise Morrissey Kaveny, shall be reimbursed its expenses in the sum of $145,539.32, with $6,572.83 to be paid from the reimbursable costs ordered by the Court (USA: $4,491.44 and NAH $2,081.39)

3. The attorney's fees of $2,490,187.07 shall be paid to Burke Wise Morrissey Kaveny, LLC.

4. The net amount distributable to all heirs is $6,372,334.82, to be distributed as follows:

| | | |
|---|---|---|
| Eric Beverly – 34% | Husband and Father | $2,166,593.84 |
| Amina Martin – 11% | Daughter and Sister | $700,956.83 |
| Tara Martin – 11% | Daughter and Sister | $700,956.83 |
| Ariel Patterson – 11% | Daughter and Sister | $700,956.83 |
| Tatiana Patterson – 11% | Daughter and Sister | $700,956.83 |
| Ashley Welsh – 11% | Daughter and Sister | $700,956.83 |
| Taylor Beverly – 11% | Daughter and Sister | $700,956.83 |

IT IS HEREBY ORDERED that the distribution of funds set forth in this order is approved, that the funds shall be distributed in accordance with the terms of this order.

Judge: _____